## LOUIS J. BISHOP ET AL. *v.* JOHN O. HASTINGS ET AL.
### (12107)

O'CONNELL, LAVERY and SCHALLER, Js.

Argued January 13—decision released February 1, 1994

*David S. Grossman,* for the appellants (defendants).
*Sperry A. DeCew,* for the appellees (plaintiffs).

Per Curiam. The judgment is affirmed.